No. 57740.—A. Wyszkowski v. United States, protests 204941-K and 207029-K (New York).

Opinion by JOHNSON, J. From an examination of the papers in this case, the court was unable to find anything to overcome the presumption of correctness of the collector's classification. The protests were therefore overruled.

No. 57741.—Millmaster Chemical Corp. v. United States, protest 208191-K (New York).

Opinion by JOHNSON, J. From an examination of the papers in this case, the court was unable to find anything to overcome the presumption of correctness of the collector's classification. The protest was therefore overruled.

No. 57742.—Trans World Shipping Corp. v. United States, protest 208306-K (New York).

Opinion by JOHNSON, J. From an examination of the papers in this case, the court was unable to find anything to overcome the presumption of correctness of the collector's classification. The protest was therefore overruled.

No. 57743.—Aero Sea Shipping Corporation v. United States, protest 208848-K (New York).

Opinion by JOHNSON, J. From an examination of the papers in this case, the court was unable to find anything to overcome the presumption of correctness of the collector's classification. The protest was therefore overruled.

No. 57744.—Carl Susskind, Inc. v. United States, protest 210974-K (New York).

Opinion by JOHNSON, J. From an examination of the papers in this case, the court was unable to find anything to overcome the presumption of correctness of the collector's classification. The protest was therefore overruled.